UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA J. BALDASSARRE,<br><br>      Petitioner,<br>  v.<br><br>WARDEN BEAN, *et al.*,<br><br>      Respondents. | Case No. 2:24-cv-00574-MMD-DJA<br><br>ORDER |

Petitioner seeks an extension of time to file his first amended petition for writ of habeas corpus. (ECF No. 13.) The Court finds that the request is made in good faith and not solely for the purpose of delay. Thus, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 13) is granted. Petitioner has until November 7, 2024, to file his first amended petition.

DATED THIS 21st Day of October 2024.

                    _____
                    MIRANDA M. DU
                    UNITED STATES DISTRICT JUDGE