UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSHUA J. BALDASSARRE,

                       Petitioner,

    v.

WARDEN BEAN, *et al.*,

                     Respondents.

Case No. 2:24-cv-00574-MMD-DJA

ORDER

In this habeas corpus action, Petitioner Joshua J. Baldassare filed an unopposed motion to extend the time for responding to the motion to dismiss the first amended petition (ECF No. 29). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Baldassare's unopposed motion for extension of time for responding to the motion to dismiss the first amended petition (ECF No. 29) is granted. Petitioner has until April 7, 2025, to file a response to the motion to dismiss the first amended petition.

DATED THIS 6th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE