# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA J. BALDASSARRE,<br><br>Petitioner,<br>v.<br><br>WARDEN BEAN, *et al.*,<br><br>Respondents. | Case No. 2:24-cv-00574-MMD-DJA<br><br>ORDER |

Respondents seek an extension of time to file their opposition to Petitioner's motion for stay and abeyance. (ECF No. 33.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 33) is granted. Petitioner has until May 21, 2025, to file their opposition.

DATED THIS 8th Day of May 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE