UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA J. BALDASSARRE,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN BEAN, *et al.*,<br>　　　　　　　Respondents. | Case No. 2:24-cv-00574-MMD-DJA<br><br>ORDER |

　　　Petitioner seeks an extension of time to file his reply in support of his motion to stay. (ECF No. 36.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 36) is granted. Petitioner has until July 14, 2025 to file his reply.

　　　DATED THIS 23rd Day of June 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE